UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v. –

LUIS ALONSO GARCIA RUEDA,
a/k/a "Lucho," and
ANGIE CAROLINA MOGOLLON ORTIZ,

Defendants.

**Unsealing Order**

**S1 24 Cr. 582 (ER)**

Upon the application of the United States, by the United States Attorney for the Southern District of New York, James M. McDonald, by Assistant United States Attorney Benjamin M. Burkett;

It is found that the Superseding Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore:

ORDERED that the Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
October 1, 2026

HONORABLE VALERIE FIGUERDO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK