UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------x
UNITED STATES OF AMERICA,

- against-

LUIS ALONSO GARCIA RUEDA, and
ANGIE CAROLINA MOGOLLON
ORTIZ,

Defendants.
---------------------------------------------------x

**ORDER**

24 Cr. 582 (ER)

Ramos, D.J.:

An initial conference will be held on **October 13, 2026, at 2:30 p.m.** in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated: October 8, 2026
New York, New York

Edgardo Ramos, U.S.D.J.